**Michael J. HEIMAN, Appellant,**

v.

**Donna Marie HEIMAN (Ackerman), Respondent.**

**No. WD 73792.**

Missouri Court of Appeals, Western District.

Oct. 16, 2012.

Dennis J. Owens, Kansas City, MO, for appellant.

Sandra G. Hessenflow, Kansas City, MO, for respondent.

Before: JOSEPH M. ELLIS, P.J., ALOK AHUJA and MARK D. PFEIFFER, JJ.

## ORDER

PER CURIAM:

Michael Heiman appeals the trial court's judgment modifying a dissolution decree, which denied Mr. Heiman's request that his ex-wife Donna Heiman (now known as Donna Ackerman) reimburse him for fifty percent of the cost of private high school tuition for the parties' two children. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).